UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRIAN JONES,

               Plaintiff,

        - against -

LA JOLLA PHARMACEUTICAL COMPANY, LARRY EDWARDS, KEVIN TANG, CRAIG JOHNSON, LAURA JOHNSON, DAVID RAMSAY, and ROBERT ROSEN,

               Defendants.

**ORDER**

22 Civ. 6681 (ER)

Ramos, D.J.:

    Brian Jones brought this action against the defendants on August 5, 2022,. Doc. 1. Service was due by November 3, 2022. To date, none of the defendants have been served.

    Jones is therefore directed to either execute service upon the defendants, or to otherwise file a status report with the Court by January 31, 2023. Failure to do so may result in dismissal of the case for failure to prosecute.

It is SO ORDERED.

Dated:   January 24, 2023
           New York, New York

                                                       EDGARDO RAMOS, U.S.D.J.