UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRIAN JONES,

               Plaintiff,

- against -

LA JOLLA PHARMACEUTICAL COMPANY, LARRY EDWARDS, KEVIN TANG, CRAIG JOHNSON, LAURA JOHNSON, DAVID RAMSAY, and ROBERT ROSEN,

               Defendants.

**ORDER**

22 Civ. 6681 (ER)

Ramos, D.J.:

    Brian Jones brought this action against the defendants on August 5, 2022. Doc. 1. Service was due by November 3, 2022. As of January 24, 2023, none of the defendants had been served. Therefore, on January 24, 2023, the Court issued an order directing Jones to either serve the defendants or to file a status report with the Court by January 31, 2023. Doc. 3. The Court warned that failure to do so may result in dismissal of the case for failure to prosecute. *Id.*

    To date, Jones has not executed service upon the defendants or provided the Court with a status report. Accordingly, this action is dismissed without prejudice for failure to prosecute. The Clerk of Court is respectfully directed to close this case.

    It is SO ORDERED.

Dated:   March 29, 2023
             New York, New York

                                                              EDGARDO RAMOS, U.S.D.J.